**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| **JUSTIN PANEK**,<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF OREGON** *by and through the Oregon Department of Corrections*, **MELANIE LOVELAND, DUSTI HUNTER,** and **CYNTHIA DIETER,**<br><br>Defendants. | Case No. 2:24-cv-1651-AR<br><br>**ORDER** |

**Michael H. Simon, District Judge.**

United States Magistrate Judge Jeff Armistead issued Findings and Recommendation in this case on September 29, 2026. Judge Armistead recommended that this Court dismiss Plaintiff's state law negligence claim as barred by Eleventh Amendment sovereign immunity, and grant in part and deny in part Defendants' Motion for Summary Judgment. No party has filed objections.

Under the Federal Magistrates Act ("Act"), the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). If a party objects to a magistrate judge's findings and recommendations, "the court

shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

If no party objects, the Act does not prescribe any standard of review. *See Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress, in enacting [the Act], intended to require a district judge to review a magistrate's report to which no objections are filed."); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (holding that the court must review *de novo* magistrate judge's findings and recommendations if objection is made, "but not otherwise").

Although review is not required in the absence of objections, the Act "does not preclude further review by the district judge[] *sua sponte* . . . under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154. Indeed, the Advisory Committee Notes to Rule 72(b) of the Federal Rules of Civil Procedure recommend that "[w]hen no timely objection is filed," the court review the magistrate judge's findings and recommendations for "clear error on the face of the record."

No party having made objections, the Court follows the recommendation of the Advisory Committee and reviews the Findings and Recommendation for clear error on the face of the record. No such error is apparent.

## CONCLUSION

The Court ADOPTS the Findings and Recommendation, ECF 38. The Court DISMISSES WITHOUT PREJUDICE Plaintiff's state law negligence claim as barred by Eleventh Amendment sovereign immunity. The Court GRANTS IN PART AND DENIES IN PART Defendants' Motion for Summary Judgment, ECF 23. The Court GRANTS the motion as to

Defendant Cynthia Dieter and DENIES the motion as to Defendants Melanie Loveland and Dusti Hunter.

**IT IS SO ORDERED.**

DATED this 26th day of October, 2026.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge